# 2



| 2020002462 | | Original complaint - Court<br>Warrant - Court | 2nd Complaint copy -<br>Prosecutor<br>3rd Complaint copy -<br>Defendant |
|---|---|---|---|

| STATE OF MICHIGAN<br>96th JUDICIAL DISTRICT<br>25th JUDICIAL CIRCUIT | COMPLAINT<br>MISDEMEANOR | CASE NO.: 2020002462<br>DISTRICT:<br>CIRCUIT: 20-1790-ST |
|---|---|---|

District Court ORI: MI- MI520025J
234 W. BARAGA AVENUE MARQUETTE, MI 49855 906-225-8235

Circuit Court ORI: MI- 25TH
COUNTY COURTHOUSE 234 W. BARAGA AVE. MARQUETTE, MI 49855 906-225-8210

| THE PEOPLE OF THE<br>STATE OF MICHIGAN | Defendant's name and address<br>V DAVID HAROLD MCGRATH<br>509 DALTON RD<br>SKANDIA, MI 49885 | Victim or complainant |
|---|---|---|
| | | Complaining Witness |

Codefendant(s) (if known)  Date: On or about 12/04/2020

| City/Twp./Village<br>CITY OF MARQUETTE | County in Michigan<br>MARQUETTE | Defendant TCN | Defendant CTN<br>52-20002462-01 | Defendant SID | Defendant DOB<br>04/14/1942 |
|---|---|---|---|---|---|

| Police agency report no.<br>MPD<br>2055901330 | Charge<br>See below | | | Maximum penalty<br>See below | |

| [ ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case. | DLN Type: | Vehicle Type | Defendant DLN<br>M263135298290 |

**Witnesses**
OFC ROTH

---

**STATE OF MICHIGAN, COUNTY OF MARQUETTE.**

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

**COUNT 1:** MOTOR VEHICLE - OPERATION WITHOUT SECURITY
did, being the operator of a Ford Taurus a motor vehicle, with respect to which security is required by MCL 500.3101, 500.3102, or 500.3103, operate said vehicle upon U.S. 41, a public highway in the State of Michigan, with knowledge that the owner or registrant did not have in full force and effect security complying with the above-cited statutes; contrary to MCL. 500.3102. [500.3102]
MISDEMEANOR: Not more than 1 Year and/or not less than $200.00 nor more than $500.00

**COUNT 2:** OPERATE - UNREGISTERED VEHICLE
did drive or move a Ford Taurus, upon U.S. 41, a public highway, when said vehicle was not registered; contrary to MCL 257.215.
[257.215]
MISDEMEANOR: 90 Days and/or $100.00

[ ] The complaining witness asks that defendant be apprehended and dealt with according to law.

| Warrant authorized on 12/11/2020 by:<br>Date<br><br>*Jenna Nelson*<br><br>JENNA M. NELSON, Prosecuting official    P76659 | I declare under the penalties of perjury that this complaint has been examined by me and that its contents are true to the best of my information, knowledge, and belief.<br><br>/s/ *Dayle Roth*<br>Complaining witness signature<br>12/11/2020<br>Date |
|---|---|

DC 225 (12/19) COMPLAINT, MISDEMEANOR PACC/PAAM Replacement

MCL 780.581, MCR 6.102(F)