UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PEOPLE OF THE STATE OF MICHIGAN,

    Plaintiff,

v.

                                                                                           Case No. 2:21-cv-34

DAVID HAROLD MCGRATH,                          HON. JANET T. NEFF

    Defendant.
_____/

**<u>ORDER</u>**

Defendant initiated this civil action by filing a notice of removal, purportedly seeking to remove a state court criminal case from the 96th District Court of Marquette County to the United States District Court for the Western District of Michigan. On March 9, 2021, the Magistrate Judge issued a Report and Recommendation (ECF No. 7), recommending that the Court issue a summary remand order that remands the case back to the 96th District Court of Marquette County. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 7) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this case is REMANDED to the 96th District Court of Marquette County.

A Judgment will be entered consistent with this Order.


Dated: March 29, 2021                                                       /s/ Janet T. Neff
                                                                                   JANET T. NEFF
                                                                                   United States District Judge